<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALBERT H. WUNSCH, | Civil Action No. 25-18504 (SDW) (JBC) |
| Plaintiff, | |
| v. | **ORDER** |
| BOROUGH OF ENGLEWOOD CLIFFS, *et al.*, | April 7, 2026 |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation dated January 28, 2026 by Magistrate Judge James B. Clark (D.E. 6 ("R&R")) recommending denying *pro se* Plaintiff Albert Wunsch's Motion to Remand (D.E. 2).  This Court having reviewed the reasons set forth in the R&R by Judge Clark as well as the parties' submissions, for the reasons stated in this Court's Opinion dated April 7, 2026,

**IT IS**, on this 7th day of April 2026,

**ORDERED** that the R&R of Judge Clark is **ADOPTED** as the conclusion of law of this Court, and it is further

**ORDERED** that Plaintiff's Motion to Remand is **DENIED**.

**SO ORDERED.**

 

 

_____/s/ Susan D. Wigenton_____
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
       James B. Clark, U.S.M.J.